**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KEN RAMOS,

        Plaintiff,

v.                                                                                                        No.  8:18-cv-2746-24CPT

HITESH P. ADHIA and AVATAR
PROPERTY & CASUALTY INSURANCE,

        Defendants.
_____/

**DEFENDANT'S NOTICE OF FILING**
**VERIFIED SUMMARY OF HOURS WORKED BY PLAINTIFF**

Defendants, HITESH P. ADHIA and AVATAR PROPERTY & CASUALTY INSURANCE ("Defendants"), by and through the undersigned attorneys and pursuant to the Court's Scheduling Order dated November 8, 2018 [Dkt. 3], hereby give notice of filing of their Verified Summary of Hours Worked by Plaintiff.

Respectfully submitted this 20th day of December, 2018.

                                                /s/ Bridget E. McNamee
                                                Kevin D. Johnson
                                                Florida Bar No.: 13749
                                                Bridget E. McNamee
                                                Florida Bar No.: 96460
                                                JOHNSON JACKSON LLC
                                                100 N. Tampa St., Suite 2310
                                                Tampa, FL 33602
                                                Tel: 813-580-8400
                                                Fax: 813-580-8407
                                                Email: kjohnson@johnsonjackson.com
                                                         bmcnamee@johnsonjackson.com
                                                Secondary Email:
                                                         cmarcheterre@johnsonjackson.com
                                                         talbertson@johnsonjackson.com

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on this 20th day of December, 2018, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to the following attorney for Plaintiff:

Jason Scott Coupal
Ayo and Iken PLC
4807 US Highway 19, Ste 202
New Port Richey, FL 34652
jasonc@myfloridalaw.com

          /s/ Bridget E. McNamee
          Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEN RAMOS,

           Plaintiff,

v.                                            No. 8:18-cv-2746-24CPT

HITESH P. ADHIA and AVATAR
PROPERTY & CASUALTY INSURANCE,

           Defendants.
_____/

## DEFENDANTS' VERIFIED SUMMARY OF HOURS WORKED BY PLAINTIFF

Defendants, HITESH P. ADHIA and AVATAR PROPERTY & CASUALTY INSURANCE ("Defendants"), submit this Verified Summary pursuant to the Court's November 8, 2018 FLSA Scheduling Order (ECF No. 3).

1. I, Ray Gonzalez, am over the age of 18 years and have personal knowledge of the facts set forth herein unless otherwise stated.

2. I am currently employed by Avatar Property & Casualty Insurance Company ("Avatar") as Head of Claims.

3. The following information is based upon my review of the relevant business records of Avatar.

4. During the relevant time period of January 26, 2018 through May 31, 2018 (see ECF No. 1, Compl. at ¶¶ 13, 16, and 17 reflecting the relevant time period), Plaintiff was an independent adjuster who performed services for Avatar.

5. Defendants did not have an employment relationship with Plaintiff during the relevant time period; rather, Plaintiff and Avatar were engaged in a contractual relationship

during that time. As a result, the provisions of the Fair Labor Standards Act are and were inapplicable with respect to the relationship between the parties and the compensation Avatar paid Plaintiff from January 26, 2018 through May 2018 (when Plaintiff ceased performing services for Avatar).

6. Because Defendants had a contractual relationship with Plaintiff rather than an employer-employee relationship, Defendants did not require Plaintiff to keep contemporaneous records of the hours when he performed services for Avatar as an independent adjuster. Defendants likewise did not maintain actual records of hours Plaintiff performed these services.

7. Plaintiff was paid for his service per claim he adjusted, according to a compensation rate schedule agreed upon between the parties, reflected as follows:

| Claims Type | Compensation |
| --- | --- |
| Theft, Plumbing leaks, Sewer backup, Roof leak (no-HAAG Certification), Tree fallen on house, Screen porch broken, Pool sagging, etc. | $125.00 |
| Roof leaks-HAAG certified adjuster | $150.00 |
| Fire, public adjusters | $200.00 |
| New business home inspection | $20.00 |

8. During the relevant time period, Plaintiff was paid the below-listed amounts on the below-listed checks and dates, according to my review of the relevant business records of Avatar:

| Check Date | Check No. | Amount |
| --- | --- | --- |
| 2/20/18 | 02231 | $125.00 |
| 2/20/18 | 02231 | $125.00 |
| 3/6/18 | 03091 | $200.00 |
| 3/6/18 | 03091 | $200.00 |
| 3/6/18 | 03091 | $200.00 |
| 3/6/18 | 03091 | $200.00 |
| 3/6/18 | 03091 | $200.00 |
| 3/6/18 | 03091 | $125.00 |
| 3/6/18 | 03091 | $125.00 |
| 3/6/18 | 03091 | $125.00 |

2

| 3/6/18 | 03091 | $125.00 |
| 3/6/18 | 03091 | $125.00 |
| 3/6/18 | 03091 | $125.00 |
| 3/23/18 | 03231 | $200.00 |
| 3/23/18 | 03231 | $125.00 |
| 3/23/18 | 03231 | $6.98 |
| 3/23/18 | 03231 | $125.00 |
| 3/23/18 | 03231 | $125.00 |
| 3/23/18 | 03231 | $200.00 |
| 3/23/18 | 03231 | $125.00 |
| 3/23/18 | 03231 | $125.00 |
| 3/23/18 | 03231 | $125.00 |
| 4/4/18 | 04051 | $125.00 |
| 4/4/18 | 04051 | $9.37 |
| 4/4/18 | 04051 | $125.00 |
| 4/4/18 | 04051 | $125.00 |
| 4/4/18 | 04051 | $125.00 |
| 4/4/18 | 04051 | $125.00 |
| 4/20/18 | 04201 | $200.00 |
| 5/15/18 | 04201 | $200.00 |

I hereby verify under penalty of perjury that the foregoing information is true and correct to the best of my knowledge and belief.

_Raymond Gonzalez_
[NAME]

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Sworn to and subscribed before me this 20th day of December, 2018, who is personally known to me.

_[signature]_
Notary Signature

_Yolaine Gil_
Name of Notary

_GG229890_
Commission Number

_June 19, 2022_
Commission Expiration

[AFFIX SEAL]

YOLAINE GIL
Commission # GG 229890
Expires June 19, 2022
Bonded Thru Budget Notary Services

3